# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Brady A. Bucks<br>&<br>Joanne M. Bucks<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 18-10541 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322