United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10541-ref
Brady A. Bucks                                                  Chapter 13
Joanne M. Bucks
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Sep 27, 2018
                              Form ID: pdf900        Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
```
db/jdb         +Brady A. Bucks,    Joanne M. Bucks,    1835 Harrisburg Avenue,    Mount Joy, PA 17552-9621
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14090906       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14086544        CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14077234       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Services,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14046894       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14087861       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14085823       +PNC Bank, National Association,    Udren Law Office, P.C.,    111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ 08003-3620
14046895       +Udren Law Office,    Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14084077        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:26:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14088239       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2018 02:26:38      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14081903       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2018 02:29:59      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14069995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 02:25:56
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14048477       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 02:25:56
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14079661        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +PNC Bank, National Association,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: dlv               Page 2 of 2                  Date Rcvd: Sep 27, 2018
                              Form ID: pdf900         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MICHAEL D. HESS    on behalf of Debtor Brady A. Bucks amburke7@yahoo.com
          MICHAEL D. HESS    on behalf of Joint Debtor Joanne M. Bucks amburke7@yahoo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association wgouldsbury@udren.com, vbarber@udren.com
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

BRADY A   BUCKS
JOANNE M   BUCKS
                                                                  : Bankruptcy No. 18-10541REF
          Debtor(s)                                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: September 27, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BRADY A   BUCKS
JOANNE M   BUCKS
1835 HARRISBURG AVENUE
MOUNT JOY,PA.17552