# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**Brady A. Bucks**<br>**Joanne M. Bucks**<br><br>**Debtor(s)** | **Chapter 13**<br><br>Bankruptcy No. 18-10541-ref |
|---|---|

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $3,049.00 plus $38.94 for expense reimbursement.

**Date: November 5, 2018**

_____
**United States Bankruptcy Judge**