United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brady A. Bucks  
Joanne M. Bucks  
    Debtors

Case No. 18-10541-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Nov 06, 2018  
                  Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db/jdb      +Brady A. Bucks,    Joanne M. Bucks,    1835 Harrisburg Avenue,    Mount Joy, PA 17552-9621  
cr         +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:46:49      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,  
         RA-occbankruptcy6@state.pa.us  
        KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
        MICHAEL D. HESS    on behalf of Joint Debtor Joanne M. Bucks amburke7@yahoo.com  
        MICHAEL D. HESS    on behalf of Debtor Brady A. Bucks amburke7@yahoo.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association wgouldsbury@udren.com,    vbarber@udren.com  
        WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfemail@FredReigleCh13.com,  
         ECF_FRPA@Trustee13.com  
        WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
                                                                                                                                               TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**Brady A. Bucks**<br>**Joanne M. Bucks**<br>           **Debtor(s)** | **Chapter 13**<br><br>**Bankruptcy No. 18-10541-ref** |
|---|---|

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $3,049.00 plus $38.94 for expense reimbursement.

**Date: November 5, 2018**

_____
**United States Bankruptcy Judge**